No. 878, Misc.  HOLT *v.* KENTUCKY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 879, Misc.  LUPO *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 882, Misc.  LEWIS *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 883, Misc.  EASTMAN *v.* FAY, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 885, Misc.  ELLIS *v.* ALABAMA.  Supreme Court of Alabama.  Certiorari denied.  Petitioner *pro se.  MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 886, Misc.  MULLENIX *v.* RHAY, PENITENTIARY SUPERINTENDENT.  Supreme Court of Washington.  Certiorari denied.

No. 888, Misc.  TURNER *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 893, Misc.  FLETCHER *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 894, Misc.  BLAIR *v.* CALIFORNIA ET AL.  District Court of Appeal of California, Second Appellate District.  Certiorari denied.

No. 898, Misc.  OUTING *v.* NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.  Petitioner *pro se.  T. W. Bruton,* Attorney General of North Carolina, and *H. Horton Rountree,* Assistant Attorney General, for respondent.